**Johnny R. HIGGINS, Appellant,**

v.

**CITY OF WELLSTON, Appellee.**

No. 01–2655.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 7, 2001.

Filed Sept. 21, 2001.

Before HANSEN, FAGG, and BEAM,
Circuit Judges.

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

PER CURIAM.

Johnny R. Higgins appeals the district court's * nonprejudicial pre-service dismissal of Higgins's civil lawsuit under the Americans with Disabilities Act, 42 U.S.C. §§ 12101–12213, and 42 U.S.C. § 1983. We grant Higgins in forma pauperis status on appeal, and on de novo review we affirm for the reasons stated in the district court's opinion. *See* 8th Cir. R. 47B.

---

* The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.